IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,<br><br>Defendants. | Civil Action No. 2:24cv636<br><br>**JURY TRIAL DEMANDED** |

**JURY DEMAND**

Pursuant to Local Rule CV-38(a), Plaintiffs respectfully demand a jury trial on all issues so triable.

1

| | |
|---|---|
| Date:  August 5, 2024 | Respectfully submitted,<br><br>/s/ *William D. Belanger by permission Charles Everingham IV* |
| William D. Belanger* <br> LEAD ATTORNEY <br> Maia H. Harris* <br> Gregory D. Len* <br> Griffin Mesmer* <br> Emma Mann* <br> Troutman Pepper Hamilton Sanders LLP <br> 19th Floor, High Street Tower <br> 125 High Street <br> Boston, Massachusetts 02110 <br> Tel:  617.204.5100 <br> Emails:   Harvard-EDTex@troutman.com <br> william.belanger@troutman.com <br> maia.harris@troutman.com <br> gregory.len@troutman.com <br> griffin.mesmer@troutman.com <br> emma.mann@troutman.com | Charles Everingham IV <br> State Bar No. 00787447 <br> ce@wsfirm.com <br> Claire Abernathy Henry <br> TX Bar No. 24053063 <br> claire@wsfirm.com <br> Andrea L. Fair <br> Texas Bar No. 24078488 <br> andrea@wsfirm.com <br> Garrett Parish <br> Texas Bar No. 24125824 <br> gparish@wsfirm.com <br> Ward, Smith & Hill, PLLC <br> 1507 Bill Owens Parkway <br> Longview, Texas 75601 <br> Telephone: (903) 757-6400 <br> Fax: (903) 757-2323 |
| Ryan C. Deck* <br> Troutman Pepper Hamilton Sanders LLP <br> 301 Carnegie Center, Suite 400 <br> Princeton, New Jersey 08540 <br> Tel: 609.452.0808 <br> Email:    ryan.deck@troutman.com <br><br> * *Pro hac vice* motion to be filed. | ***Counsel for Plaintiff*** <br> ***President and Fellows of Harvard College*** |