**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE § § § § Plaintiff, § § v. § § SAMSUNG ELECTRONICS, CO. LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., SAMSUNG SEMICONDUCTOR, § INC., and SAMSUNG AUSTIN § SEMICONDUCTOR, LLC, § § Defendants. § § | Civil Action No. 2:24cv636 <br><br> **JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff President and Fellows of Harvard College states that it has no parent corporation, and that no publicly-held corporation owns 10 percent or more of its stock.

Date:  August 5, 2024

Respectfully submitted,

/s/ *William D. Belanger by permission Charles Everingham IV*

William D. Belanger*
LEAD ATTORNEY
Maia H. Harris*
Gregory D. Len*
Griffin Mesmer*
Emma Mann*
Troutman Pepper Hamilton Sanders LLP
19th Floor, High Street Tower
125 High Street
Boston, Massachusetts 02110
Tel:  617.204.5100
Emails:   Harvard-EDTex@troutman.com
william.belanger@troutman.com
maia.harris@troutman.com
gregory.len@troutman.com
griffin.mesmer@troutman.com
emma.mann@troutman.com

Ryan C. Deck*
Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Tel: 609.452.0808
Email:    ryan.deck@troutman.com

* *Pro hac vice* motion to be filed.

Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
Claire Abernathy Henry
TX Bar No. 24053063
claire@wsfirm.com
Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
Garrett Parish
Texas Bar No. 24125824
gparish@wsfirm.com
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75601
Telephone: (903) 757-6400
Fax: (903) 757-2323

***Counsel for Plaintiff***
***President and Fellows of Harvard College***