# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,<br><br>Defendants. | Civil Action No. 2:24-cv-0636-RWS-RSP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and prior to the Defendant filing an answer or other response to Plaintiff's complaint, Plaintiff President and Fellows of Harvard College, by and through its undersigned counsel, dismisses this action *with prejudice* by filing this notice of dismissal.

Dated: January 27, 2025

Respectfully submitted,

*/s/ Claire Abernathy Henry*
Charles Everingham IV
State Bar No. 00787447
Chad@millerfairhenry.com
Claire Abernathy Henry
TX Bar No. 24053063
Claire@millerfairhenry.com
Andrea L. Fair
Texas Bar No. 24078488
Andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
Garrett@millerfairhenry.com

Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323

William D. Belanger*
LEAD ATTORNEY
Maia H. Harris*
Gregory D. Len*
Griffin Mesmer*
Emma Mann*
Troutman Pepper Locke LLP
19th Floor, High Street Tower
125 High Street
Boston, Massachusetts 02110
Tel: 617.204.5100
Emails: Harvard-EDTex@troutman.com
william.belanger@troutman.com
maia.harris@troutman.com
gregory.len@troutman.com
griffin.mesmer@troutman.com
emma.mann@troutman.com

Ryan C. Deck*
Troutman Pepper Locke LLP
301 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Tel: 609.452.0808
Email: ryan.deck@troutman.com

* *Pro hac vice* motion to be filed.

**Counsel for Plaintiff**
**President and Fellows of Harvard College**

## CERTIFICATE OF SERVICE

      I hereby certify that this document was served on all counsel of record through the Court's CM/ECF filing system. Further, a copy of this document was electronically served on in-house Counsel for Samsung on January 27, 2025.

                                          */s/ Claire Abernathy Henry*
                                          Claire Abernathy Henry