# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,<br><br>Defendants. | Civil Action No. 2:24-cv-0636-RWS-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Plaintiff's Notice of Dismissal With Prejudice. Dkt. 10. In the notice, Plaintiff states that this action be dismissed with prejudice. *Id.* Having considered the notice, it is **GRANTED.** Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to close the case.