IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, § § § | |
| *Plaintiff*, § § | |
| v. § § | CASE NO. 2:24-cv-00636-RWS-RSP |
| SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,, § § § § § § | |
| *Defendant*. § § | |

## ORDER

Before the Court is the Notice of Dismissal filed by Plaintiff President and Fellows of Harvard College. **Dkt. No. 10**. In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE. *Id*. at 1.

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 28th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE